# PHILIPS LIGHTING HOLDING B.V., Appellant

v.

# WANGS ALLIANCE CORPORATION, DBA WAC Lighting Co., Appellee

### 2017-1529

United States Court of Appeals, Federal Circuit.

March 7, 2018

ARIANNA EVERS, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellant. Also represented by ROBERT MANHAS; MARK CHRISTOPHER FLEMING, CYNTHIA D. VREELAND, Boston, MA.

TIGRAN VARDANIAN, Radulescu LLP, New York, NY, argued for appellee. Also represented by ETAI LAHAV, DAVID C. RADULESCU, MICHAEL D. SADOWITZ.

(Moore, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**